


**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**HATTIESBURG DIVISION**

**INFORMATION FOR RETALIATION AGAINST**
**FEDERAL JUDGE BY FALSE CLAIM OR SLANDER OF TITLE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO.** 2:11cr34 HSO-RHW |
| **v.** | * | |
| **JAMES A. HENNIS** | * | **VIOLATIONS:** **18 U.S.C. § 1521**<br>**18 U.S.C. § 2** |

* * *

**The United States Attorney charges:**

**COUNT 1**

On or about November 2, 2010, **JAMES A. HENNIS**, filed and attempted to file in a public record a false lien and encumberance against the real and personal property of a Federal District Court Judge for the Southern District of Mississippi, on account of the performance of official duties by that individual knowing and having reason to know that such lien and encumbrance was false and

contained materially false, fictitious and fraudulent statement and representations, in violation of Title 18, United States Code, Sections 1521 and 2.

ERIC HOLDER
ATTORNEY GENERAL

JIM LETTEN
UNITED STATES ATTORNEY
Bar Roll No. 8517

JAN MASELLI MANN
Chief, Criminal Division
Bar Roll No. 9020

TONY GORDON SANDERS
Special Assistant United States Attorney
Bar Roll No. 11705

New Orleans, Louisiana
October 3, 2011